# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

127715

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANN COBLENTZ, LEE COBLENTZ, JOHN
LEWANDOWSKI and DEBORAH
LEWANDOWSKI,
　　　　Plaintiffs-Appellants,

v

CITY OF NOVI,
　　　　Defendant-Appellee.

SC: 127715
COA: 255359
Oakland CC: 03-046760-CZ

_____/

　　　　On order of the Court, the application for leave to appeal the November 23, 2004 judgment of the Court of Appeals is considered, and it is GRANTED.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

_____
Clerk

p1012